UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RaJohn Coleman,<br><br>                Plaintiff,<br><br>    v.<br><br>Steven Wolfson,<br><br>                Defendant. | Case No. 2:23-cv-01564-MMD-DJA<br><br>**Order** |

      Before the Court are *pro se* Plaintiff RaJohn Coleman's initiating documents.  (ECF No. 4).  However, Plaintiff has yet to pay the filing fee or apply to proceed without paying the filing fee (also referred to as proceeding "*in forma pauperis*").  Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee.

      The Court will grant Plaintiff one opportunity to file an application within 30 days.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **January 29, 2024** to proceed with this case.

      **IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      **IT IS FURTHER ORDERED** that on or before **January 29, 2024,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

1    **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application
2    to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before
3    **January 29, 2024**, the Court will recommend dismissal of this action.

5    DATED: January 2, 2024

                                              DANIEL J. ALBREGTS
                                              UNITED STATES MAGISTRATE JUDGE