UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAJOHN COLEMAN,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>STEVEN WOLFSON,<br><br>　　　　　　　　　　Defendant. | Case No. 2:23-cv-01564-MMD-DJA<br><br>ORDER |

*Pro se* Plaintiff RaJohn Coleman brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel J. Albregts (ECF No. 6), recommending that the Court dismiss this action for Coleman's failure to file a fully complete application to proceed *in forma pauperis* ("IFP application") or pay the full filing fee in compliance with the Court's January 2, 2024 order (ECF No. 5). Coleman had until April 17, 2024 to file an objection. To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R in full and dismisses this action.

Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Albregts did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Albregts recommends dismissing this action because Coleman has failed to timely comply with the Court's prior order to either submit an IFP application or pay the full filing fee. (ECF No.

---

[1]The R&R was returned as undeliverable. (ECF No. 7.) However, it is Coleman's responsibility to file notification of any change of mailing address. *See* LR IA 3-1.

6 at 1.) The Court agrees with Judge Albregts. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Albregts's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 22nd Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE